# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06MJ250

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| VS. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| GLADIMIR PINEDA-MENDEZ | ) | |
| VIRGILIO SERRANO-CARDENAS | ) | |
| JAIME ARELLANO-DUQUE | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the complaint herein pursuant to Fed. R. Crim. P. 48(a).

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the complaint herein is hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: September 26, 2006

Lacy H. Thornburg
United States District Judge